UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESHAWN MAURICE HARRELL,

      Plaintiff,

    v.

KHOO,

      Defendant.

Case No. 25-cv-08503-NW

**ORDER DISMISSING MATTER WITHOUT PREJUDICE**

On October 6, 2025, Plaintiff Eshawn Maurice Harrell, a pro se state detainee, filed the present civil rights lawsuit. ECF No. 1. On that same date, the Clerk of the Court sent Harrell a notice informing him that his action could not go forward until he paid the filing fee or filed a completed an *in forma pauperis* ("IFP") application. ECF No. 2. The notice warned Harrell that he must pay the filing fee or return a completed IFP application within 28 days or his action would be dismissed. *Id.* More than 28 days have passed and Harrell has not paid the filing fee, returned the IFP application, or otherwise communicated with the Court.

Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 27, 2026

Noël Wise
United States District Judge